FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ MAY 1 2 2011
BROOKLYN CFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ANN BURTON,

Plaintiff,

-against-

WHITE GLOVE PLACEMENT INC.,
and FAIGY FRIEDMAN,

Defendants.

-------------------------------------------------------------x

**MEMORANDUM AND ORDER**

11-CV-1649 (SLT)

**TOWNES, United States District Judge:**

On April 27, 2011, this Court issued a memorandum and order (the "M&O") which, among other things, directed plaintiff Ann Burton to amend her complaint in various respects, "to serve her amended complaint upon defendant [White Glove Placement Inc.], and to file her amended pleading with this Court, within thirty (30) days . . . ." M&O at 10. However, the M&O also provided that no summonses would issue and that all further proceedings would be stayed for thirty (30) days or until plaintiff complied with the M&O. *Id.*

Since plaintiff cannot "serve" her amended complaint unless summonses are issued, the M&O is hereby amended to eliminate that requirement that plaintiff serve the defendants. Rather, plaintiff need only file her amended complaint with this Court within thirty (30) days of the date of the M&O – that is, by May 27, 2011. The M&O is not modified in any other respects.

**SO ORDERED.**

/SANDRA L. TOWNES
United States District Judge

Dated: May *10*, 2011
Brooklyn, New York